Gertrude M. STUART, et al.,
Plaintiffs, Appellants,

v.

METROPOLITAN LIFE INSURANCE
COMPANY, Defendant, Appellee.

No. 87–1998.

United States Court of Appeals,
First Circuit.

July 7, 1988.

As Amended July 12, 1988.

Jon Holder with whom Holder & Grover, P.A., Portland, Me., was on brief, for plaintiffs, appellants.

Nancy Mayer with whom William J. Toppeta, New York City, Howard H. Dana, Jr., and Verrill & Dana, Portland, Me., were on brief, for defendant, appellee.

Before BOWNES, BREYER and TORRUELLA, Circuit Judges.

PER CURIAM.

For the reasons set forth in the opinion of the district court, 664 F.Supp. 619 (D.Me.1987), its judgment is

*Affirmed.*